UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ICON EV LCC,

    Plaintiff,

v.                                          Case No: 8:24-cv-609-KKM-AEP

STEVE CORPLE, individually and doing
business as Corple Corral Golf Carts,

    Defendant.

## ORDER

The United States Magistrate Judge recommends granting the plaintiff's second motion for default judgment (Doc. 21). The deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, the Court adopts the Report and Recommendation.

After conducting a review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 21) is **ADOPTED** and made a part of this Order for all purposes.
2. The Plaintiff's second motion for default judgment as to Count I (Doc. 17) is **GRANTED**.
3. The Plaintiff's motion for default judgment as to Counts I and II are **DENIED** without prejudice as moot.
4. The Clerk is directed to **ENTER JUDGMENT** which shall read "Judgment is entered in favor of Plaintiff ICON EV LCC and against Defendant Steve Corple in the amount of $126,104.00, plus prejudgment interest of $16,285.05."
5. The Clerk is directed to **CLOSE** this case and **TERMINATE** any remaining deadlines.

**ORDERED** in Tampa, Florida, on December 30, 2024.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge